UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | EDCV 15-01313-VAP (KKx) | Date | September 14, 2015 |
|---|---|---|---|

Title    JODI LEE -v- WELLS FARGO BANK, N.A.; RTS PACIFIC, INC.; DOES 1 TO 20, INCLUSIVE

Present: The Honorable    VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Marva Dillard | Phyllis Preston | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| BARRY JORGENSEN, appeared specially | LYNETTE GRIDIRON WINSTON |

Proceedings:    PLAINTIFF'S MOTION TO REMAND CASE TO SAN BERNARDINO COURT, [ECF 10]

DEFENDANT'S MOTION TO DISMISS COMPLAINT, [ECT 14]

Court issues a tentative ruling, hears oral argument and takes the matters under submission.

- :    5

Initials of Preparer    md