UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| Jodi Lee,<br><br>                    Plaintiff,<br><br>        v.<br><br>Wells Fargo Bank, N.A., et al.,<br><br>                    Defendants. | EDCV 15-1313-VAP (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE as to Defendant Wells Fargo Bank, N.A.  The Court orders that such judgment be entered.

Dated:   12/17/15

_____
Virginia A. Phillips
United States District Judge

1